PAMELA E. SMITH individually,

        Plaintiff,

-vs-                                        Case No.  2:09-cv-512-FtM-29SPC

ARROW FINANCIAL SERVICES, LLC a foreign
limited liability company; THE LAW OFFICES OF
ERSKINE & FLEISHER a Florida partnership,

        Defendants.

_____

## ORDER

      This matter comes before the Court on the Plaintiff Pamela E. Smith's Motion for the Court to Appoint a Mediator (Doc. #31) filed on May 21, 2010.  The Parties were given up to and including May 21, 2010, to select a mediator and mediate the case prior to June 10, 2010. The Plaintiff now gives notice that the Parties have been unable to agree upon a mediator in this case.  As such, the Court will now appoint a mediator.

      Accordingly, it is now

**ORDERED:**

      The Plaintiff Pamela E. Smith's Motion for the Court to Appoint a Mediator (Doc. #31) is **GRANTED**.

      (1) The Court hereby appoints Jeffrey J. Rice, Esq. of the law firm Goldstein, Buckley, Cechman, Rice and Purtz, PA., P.O. Box 2366, Fort Myers, Florida 33901-2366 as the Mediator in this case.

(2) The Parties are directed to contact Atty. Rice on or before **Tuesday, June 1, 2010**, to set a mutually agreeable time and date for the mediation.

(3) The Parties are to notify the Court in writing on or before **Monday, June 7, 2010**, of the date, location, and time of the mediation.

**DONE AND ORDERED** at Fort Myers, Florida, this ___25th___ day of May, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record
Jeffrey J. Rice, Esq.